# Order

Michigan Supreme Court
Lansing, Michigan

June 12, 2019

Bridget M. McCormack,
Chief Justice

158271

David F. Viviano,
Chief Justice Pro Tem

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

v

SC: 158271
COA: 338101
Ingham CC: 14-000660-FH

MARQUIES DESHAUN DAVIS,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the June 26, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. With regard to any future motion for relief from judgment filed by the defendant, the December 21, 2016 motion for relief from judgment shall not be counted for purposes of determining whether the motion is a successive one under MCR 6.502(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 12, 2019



Clerk

a0605